1  GREGORY NYLEN (SBN 151129)
   GREENBERG TRAURIG, LLP
2  2450 Colorado Avenue, Suite 400E
   Santa Monica, California  90404
3  Telephone: (310) 586-7700
   Facsimile: (310) 586-7800
4  Email:  nyleng@gtlaw.com

5  HARLEY I. LEWIN (*Admitted Pro Hac Vice*)
   SCOTT GELIN (*Admitted Pro Hac Vice*)
6  HEIDI GARFIELD (*Admitted Pro Hac Vice*)
   GREENBERG TRAURIG, LLP
7  200 Park Avenue - 34th floor
   New York, NY 10166 USA
8  Telephone:  (212) 801-2133
   Facsimile:  (212) 224-6117
9  Email:  lewinh@gtlaw.com, gelins@gtlaw.com,
   garfieldh@gtlaw.com

10 Attorneys for Plaintiffs,
   Richemont International, S.A., Richemont International,
11 N.A., Cartier International N.V., Lange Uhren GmbH,
   and Montblanc-Simplo GmbH
12

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| RICHEMONT INTERNATIONAL, S.A., RICHEMONT INTERNATIONAL, N.A., CARTIER INTERNATIONAL N.V, LANGE UHREN GmbH and MONTBLANC-SIMPLO GmbH,<br><br>                Plaintiffs,<br><br>        vs.<br><br>IGOR AVRAMENKO d/b/a THE WATCH STORE d/b/a GIFTS 4U, INC. d/b/a GIFTS4U LLC; 3-A TECHNOLOGY INC.; ECARD PRO, INC. d/b/a NET SALE CO. d/b/a NET.SALE.CO. d/b/a WEB DEV d/b/a XXX.SEXTOYS.NET; INTERCARD PRO; 2002WATCH.NET; WATCH-REPLICA.NET; 2002WATCH.COM d/b/a ALANGEREPLICAWATCH.COM d/b/a CARTIERREPLICAWATCH.COM d/b/a PANERAIREPLICAWATCH.COM d/b/a COOL-WATCHES.COM d/b/a WATCH-CLONE.COM d/b/a REPLICADESIGNERWATCH.COM d/b/a REPLICA-WATCHES.TO d/b/a BEST-WATCH.NET d/b/a EURO-REPLICA.COM d/b/a WORLD OF WATCHES d/b/a FAKEWATCH.ORG d/b/a LOVE-SHOP.BIZ d/b/a CARTIER-REPLICA-WATCHES.COM d/b/a PANERAI-REPLICA-WATCHES.COM; and various JOHN and JANE DOES 1-10 (Unidentified) and XYZ COMPANIES 1-10 (Unidentified),<br><br>                Defendants. | CASE NO. CV07-1716-AHM (JTLx)<br><br><br>**ORDER TO SUSPEND THE PROCEEDINGS** |

1  Based on the stipulation filed by Plaintiffs RICHEMONT INTERNATIONAL,
2  S.A., RICHEMONT INTERNATIONAL, N.A., CARTIER INTERNATIONAL N.V.,
3  LANGE UHREN GmbH, and MONTBLANC-SIMPLO, GmbH (collectively,
4  "Plaintiffs") and Defendant IGOR AVRAMENKO d/b/a THE WATCH STORE d/b/a
5  GIFTS 4U, INC. d/b/a GIFTS4U LLC (collectively, "Defendants"), ") and the reasons
6  provided therein, it is hereby ordered that all proceedings in the above-captioned matter,
7  including the close of discovery (currently set for February 25, 2008), be marked off-
8  calendar pending execution of the parties' settlement agreement. Execution of the
9  settlement agreement is expected within the next two weeks, when Defendant
10 Avramenko returns from out-of-town, at which point the parties will file an appropriate
11 stipulation to dismiss the action with prejudice.
12     IT IS THEREFORE ORDERED that this action is dismissed without prejudice to
13 the right, upon good cause shown within 30 days, to reopen this action if settlement is not
14 consummated.
15     SO ORDERED.
16
17 DATED: February 28, 2008       By: _____
                                       Honorable A. Howard Matz
18 **Make JS-6**

---

2

[PROPOSED] ORDER TO SUSPEND THE PROCEEDINGS

LA 127,233,175v1